# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. BROWN,<br><br>               Petitioner,<br><br>     v.<br><br>JOHN SUTTON, Warden,<br><br>               Respondent. | Case No. LACV 17-6171-ODW (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

    Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

    Accordingly, IT IS ORDERED THAT:

    1.    The Report and Recommendation is approved and accepted;

    2.    Judgment be entered denying the Petition and dismissing this action with prejudice; and

    3.    The Clerk serve copies of this Order on the parties.

DATED: __August 31, 2018                           _____
                                                              HONORABLE OTIS D. WRIGHT, II
                                                              UNITED STATES DISTRICT JUDGE