# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. BROWN, | Case No. LACV 17-6171-ODW (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN SUTTON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _August 31, 2018

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE